UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:25-mj-00040-1-HBK |
| Plaintiff, | ORDER FINDING MOTION MOOT, VACATING RULE 43 WAIVER, AND SECHEDULING ARRAIGNMENT ON SECOND SUPERSEDING INFORMATION |
| v. | |
| MEADOW M. WALL, | (Doc. No. 13) |
| Defendant. | |

Pending before the Court is defendant's notice and request for status conference filed December 23, 2025. (Doc. 13). Defendant advises that, despite previously requesting a briefing scheduling, she would not be filing any Rule 12b or pretrial motion and requests to set the case for a status conference at which defense counsel may appear remotely. (*Id*.).

On January 7, 2026, the government filed a Second Superseding Information. (Doc. 14). Thus, instead of setting this case for a status conference, the Court will set this case for defendant's arraignment on the Second Superseding Information.

Accordingly, it is hereby ORDERED:

1.  The Court revokes defendant's Rule 43 waiver and sets this case for an arraignment on the Second Superseding Information for March 10, 2026 at 1:00 p.m.

2.  The defendant and government should be prepared to identify a mutually agreeable May 2026 trial date.

3. Defendant's request to set this case for a status conference and for remote appearance (Doc. 13) is moot.

Dated:    February 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE